**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BREWSTER and CECIL BREWSTER,<br><br>Plaintiffs,<br><br>v.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. / | No. C 07-01688 WHA<br><br>**REQUEST FOR RESPONSE** |

The Court has received Ms. Chun's application to appear *pro hac vice*. Ms. Chun's application indicates that she is an active member in good standing of the bar of the Supreme Court of California. She apparently practices in Berkeley, California. By **4:00 P.M.** on **TUESDAY, APRIL 3, 2007**, Ms. Chun will please file a statement indicating why the Court should not find her ineligible to practice *pro hac vice* under Civil Local Rule 11-3(b), which states that an applicant is ineligible if she (1) resides in the State of California or (2) is regularly engaged in the practice of law in the State of California.

**IT IS SO ORDERED.**

Dated: April 3, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE